IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN JOSE ZUNO (GODINEZ) a.k.a<br>RAFAEL ESPINOSA a/k/a<br>RAFAEL ESPINOSA NAPOLES a/k/a<br>RAFAEL E. NAPOLES<br><br>v.<br><br>WAL-MART STORES, INC.;<br>WAL-MART STORES EAST, INC.;<br>WAL-MART STORES EAST, LP; and<br>WAL-MART REALTY COMPANY | CIVIL ACTION<br><br><br><br><br><br>NO. 06-2392 |

## ORDER

AND NOW, this 29th day of May, 2009, upon consideration of Defendants' motion for summary judgment, Plaintiff's response, Defendants' supplemental memorandum, and Plaintiff's response to the supplemental memorandum, and consistent with the above discussion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Docket Entry No. 74) is **GRANTED**.

Judgment is entered in favor of Defendants Wal-Mart Stores, Inc.; Wal-Mart Stores East, Inc.; Wal-Mart Stores East, LP, and Wal-Mart Realty Company and against Plaintiff Juan Jose Zuno (Godinez) a/k/a Rafael Espinosa a/k/a Rafael Espinosa Napoles a/k/a Rafael E. Napoles.

This case is CLOSED.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

5-29-09
Fax and/or Mail: See the Attached List

29

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA 19107

**Chambers of**
**M. FAITH ANGELL**
**United States Magistrate Judge**

P:  (215) 597-6079
F:  (215) 580-2165

## FAX / MAIL COVER SHEET

**CASE NO:**  06-2392

**DISTRICT COURT JUDGE:** CG

**TODAY'S DATE:**  May 29, 2009

**LAW CLERK'S INITIALS:** LFS

**VIA FAX:**

**NAME:**                                               **FAX NUMBER:**

1.  Daniel J. O'Brien, Esq.                            (215) 864-7123
    Louisa T. Chen, Esq.
    John A. Orlando, Esq.

2.  Adam M. Sorce, Esq.                                (610) 354-8299
    David F. White, Esq.