IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN JOSE ZUNO (GODINEZ) a/k/a<br>RAFAEL ESPINOSA a/k/a<br>RAFAEL ESPINOSA NAPOLES a/k/a<br>RAFAEL E. NAPOLES | : | CIVIL ACTION |
| v. | : | |
| WAL-MART STORES, INC.;<br>WAL-MART STORES, EAST, INC.;<br>WAL-MART STORES EAST, LP and<br>WAL-MART REALTY COMPANY | : | NO. 06-2392 |

## ORDER

AND NOW, this 5th day of November, 2009, upon consideration of Plaintiff's motion for reconsideration and/or alteration or amendment of judgment and all papers submitted in support thereof, and in opposition thereto, it is hereby **ORDERED** that the Motion for Reconsideration and/or Alteration or Amendment of Judgment (Docket Entry No. 85) is DENIED.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

Date: 11-5-09
By Fax and/or Mail: See the Attached List

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA 19107

Chambers of
M. FAITH ANGELL
United States Magistrate Judge

P: (215) 597-6079
F: (215) 580-2165

*FAX / MAIL COVER SHEET*

CASE NO: 06-2392

DISTRICT COURT JUDGE: CG
215-580-2135
LAW CLERK'S INITIALS: LFS

TODAY'S DATE: November 5, 2009

VIA FAX:

NAME:

FAX NUMBER:

1. Daniel J. O'Brien, Esq.
   John A. Orlando, Esq.
   Edward M. Koch, Esq.
   Louisa T. Chen, Esq.

   (215) 864-7123

2. Adam M. Sorce, Esq.
   Audrey J. Copeland, Esq.
   David F. White, Esq.

   (610) 354-8299